**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01623-CV

## IN RE BARCEL USA, LLC, Relator

**On Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-03517-C**

## ORDER

The Court has before it Relator's Petition for Writ of Mandamus. The Court requests that

Real Party in Interest and Respondent file any responses by December 9, 2013.

/s/    KERRY P. FITZGERALD
          JUSTICE